1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

9  UNITED STATES OF AMERICA,    )
                                )
10              Plaintiff,       )        CASE NO.    05-316M
                                )
11         v.                    )
                                )        DETENTION ORDER
12  JOSE SELIN MEJIA-MARTINEZ,   )
                                )
13              Defendant.       )
   _____)

14  Offenses charged:

15         Count One: ILLEGAL REENTRY AFTER DEPORTATION - Title 18, U.S.C., Section

16     1326 (a).

17  Date of Detention Hearing: June 23, 2005.

18         The Court, having conducted an uncontested detention hearing pursuant to 18

19  U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

20  detention hereafter set forth, finds that no condition or combination of conditions which

21  the defendant can meet will reasonably assure the appearance of the defendant as required

22  and the safety of any other person and the community.  The defendant was represented by

23  Paula Deutsch.  The Government was represented by Don Reno.

24
25
26

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     The defendant represents a risk of nonappearance due to the following: he is a citizen and national of Honduras; his ties to the Western District of Washington are unknown/unverified; and BICE has filed a detainer.

(2)     The defendant represents a risk of danger due to a criminal history that includes attempted illegal reentry.

(3)     The defendant does not contest detention.

**It is therefore ORDERED**:

(l)     The Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     The Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//
//

DETENTION ORDER
PAGE -2-

1    (4)    The clerk shall direct copies of this order to counsel for the United States, to

2           counsel for the Defendant, to the United States Marshal, and to the United

3           States Pretrial Services Officer.

4           DATED this 23th day of June, 2005.

5

6

7           MONICA J. BENTON
            United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-