MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE MEJIA-MARTINEZ,<br><br>    Defendant. | NO.  CR O5-249 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE INDICTMENT |

THIS MATTER having come before the Court on the stipulated motion of the parties for an order extending the time within which an indictment shall be filed, and the Court having considered the stipulated motion of the parties, together with the balance of the records and files herein, the Court now finds and rules as follows:

The defense is requesting more time to allow the defendant time with which to consider the government's plea offer and recommendation.

Therefore, it appearing to the Court that the failure to extend the date within which an indictment must be filed would deny the defense reasonable time necessary for effective plea negotiations and taking into account the exercise of due diligence, and it further appearing to

ORDER GRANTING
STIPULATED MOTION TO EXTEND TIME
TO FILE INDICTMENT
(Jose Mejia-Martinez; CR05-249RSM)    1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  the Court that the ends of justice served by granting the requested continuance outweigh the
2  interest of the public and the defendant in a speedy trial,
3      IT IS HEREBY ORDERED that the stipulated motion, of the parties to extend time
4  within which an indictment shall be filed is GRANTED.
5      IT IS FURTHER ORDERED that the time within which an indictment shall be filed is
6  hereby extended from July 22, 2005, to August 22, 2005.
7      IT IS FURTHER ORDERED that the period of delay from July 22, 2005, until August
8  22, 2005, is excludable time, pursuant to 18 U.S.C.§ 3161(h)(8)(A), for the purpose of
9  computing the time limitations imposed by the Speedy Trail Act, 18 U.S.C. §§ 3161-3174/
10     DATED this 26th day of July, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented by

s/  Paula Semmes Deutsch
WSBA # 23940
Attorney for Jose Mejia-Martinez
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Paula_Deutsch@fd.org

s/  Vincent Lombardi
Assistant United States Attorney
*Telephonic Approval*

ORDER GRANTING
STIPULATED MOTION TO EXTEND TIME
TO FILE INDICTMENT
(Jose Mejia-Martinez; CR05-249RSM)      2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100